*United States District Court*
*Northern District of New York*

# JUDGMENT IN A CIVIL CASE

ANTOINETTE FINLEY

               V.               CASE NUMBER: 5:07-CV-986

COMMISSIONER OF SOCIAL SECURITY

[    ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner is hereby Reversed and the matter Remanded to the defendant for further administrative action; and it is further ORDERED that the matter is Dismissed.

All of the above pursuant to the order of the Honorable Magistrate Judge Gustave J. DiBianco dated the 15th day of April, 2008.

APRIL 15, 2008                                           LAWRENCE K. BAERMAN
_____        _____
DATE                                                      CLERK OF COURT

                                                              s/Kelly Easton
                                                              _____
                                                              BY: KELLY EASTON
                                                             DEPUTY CLERK